# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARBOUR, TAMI WISNESKY, JOWELI VUNISA, and J. DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, CENTENE CORPORATION, HEALTH NET COMMUNITY SOLUTIONS, INC., HEALTH NET, LLC and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-03322-EJD<br><br>**JUDGMENT** |

On January 16, 2024, the Court GRANTED Plaintiffs' Motion for Final Approval of their Settlement with Health Net, LLC, Health Net of California, Inc., Health Net Life Insurance Company, Health Net Community Solutions, Inc., California Health & Wellness Plan, and Centene Corporation (collectively, "Health Net Defendants") and GRANTED Plaintiffs' Motion for Attorneys' Fees, Expenses and Award and Service Payments. ECF No. 63. Judgment is hereby entered.

**IT IS SO ORDERED.**

Dated: January 16, 2024

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE