TINA WOLFSON (SBN 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (SBN 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel: 310.474.9111; Fax: 310.474.8585

TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
PAULA R. BROWN (SBN 254142)
*pbrown@bholaw.com*
JENNIFER L. MACPHERSON (SBN 202021)
*jmacpherson@bholaw.com*
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619.338.1100; Fax: 619.338.1101

LAURENCE D. KING (SBN 206423)
*lking@kaplanfox.com*
MATTHEW B. GEORGE (SBN 239322)
*mgeorge@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: 415.772.4700; Fax: 415.772.4707

[additional counsel appear on signature page]

*Class Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHN HARBOUR, TAMI WISNESKY, JOWELI VUNISA, and J. DOE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, CENTENE CORPORATION, HEALTH NET COMMUNITY SOLUTIONS, INC., HEALTH NET, LLC and ACCELLION, INC., <br><br> Defendants. | Case No. 5:21-cv-03322-EJD <br><br> **PLAINTIFFS' POST-SETTLEMENT DISTRIBUTION STATUS REPORT** <br><br> Judge: Hon. Edward J. Davila <br> Ctrm: 4 |

| SETTLEMENT DETAILS | |
|---|---|
| Total Settlement Fund | $10,250,510.60[1] |

| NOTICE DETAILS | |
|---|---|
| Total Number of Class Members | 1,400,125 |
| Total Number of Class Members Receiving a Settlement Payment or Credit Monitoring | 30,852 payments and 3,696 enrollment codes for Credit Monitoring |
| Total Number of Class Members Sent Notices and Not Returned as Undeliverable | 1,387,210 |
| Methods of Notice | Email or Postcard Notice |

| CLAIM FORM SUBMISSIONS, EXCLUSIONS AND OBJECTIONS | |
|---|---|
| Total Number and Percentage of Claim Forms Submitted | 35,163 claim forms (2.51%) |
| Total Number and Percentage of Opt-Outs Submitted | 30 opt-outs (0.002%) |
| Total Number and Percentage of Objections Submitted | 0 objections (0.00%) |

| SETTLEMENT PAYMENT DETAILS | |
|---|---|
| Method(s) of Payments to Class Members | PayPal, Venmo, ACH, Check |
| Average Recovery Per Class Member[2] | $196.02 |
| Median Recovery Per Member | $228.06 |
| Total Number of Payments Issued to Class Members and Not Cashed/Cleared | 30,852 payments issued and 1,252 were not cashed |
| Total Value of Payments Not Cashed/Cleared | $272,189.61 |
| Smallest Payment Amount | $5.01 |

---

[1] This includes $250,510.60 in interest.

| SETTLEMENT PAYMENT DETAILS | |
|---|---|
| Largest Payment Amount | $1,200.00 |
| Total Amount Available to Distribute to Cy Pres Recipients or Redistribute to Class Members | $298,969.59[3] |
| Total Administration Costs | $872,486.82 |
| Total Attorneys' Fees and Costs | $2,570,394.76 |
| Percentage of Attorneys' Fees and Costs of the Settlement Fund | 25.07% |

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: September 26, 2024

By: /s/ *Matthew B. George*
       Matthew B. George

MATTHEW B. GEORGE (SBN 239322)
mgeorge@kaplanfox.com
LAURENCE D. KING (SBN 206423)
lking@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: 415.772.4700; Fax: 415.772.4707

TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel: 310.474.9111; Fax: 310.474.8585

ANDREW W. FERICH (pro hac vice)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111 Facsimile: 310.474.8585

---

[3] Per the Settlement Agreement, a second distribution of approximately $6.91 per claimant will be made shortly and then, the balance of the remaining settlement funds will be distributed *cy pres*. Plaintiffs will file a final distribution accounting report once these final distributions are made.

TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
PAULA R. BROWN (SBN 254142)
*pbrown@bholaw.com*
JENNIFER L. MACPHERSON (SBN 202021)
*jmacpherson@bholaw.com*
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619.338.1100; Fax: 619.338.1101

*Class Counsel for Plaintiffs and the Class*